

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*
*Civil Division*

| | |
|---|---|
| 970 Broad Street, Suite 700 | (973) 645-2700 |
| Newark, New Jersey 07102 | (973) 645-2836 |
| e-mail:pamela.perron@usdoj.gov | Fax: (973) 297-2010 |

**ELECTRONICALLY FILED**

December 1, 2009

Honorable Peter G. Sheridan
Clarkson S. Fisher Federal Building
   and U.S. Courthouse
402 East State Street
Trenton, New Jersey  08608

    Re:  Abdul Rasheed v. Eric Holder,
                <u>Civil Action No. 009-3294 (PGS)</u>

Dear Judge Sheridan:

    Regarding the above-referenced petition for habeas corpus, we write to advise that the petitioner, Abdul Rasheed, was released on November 19, 2009 under an Order of Supervision. *See* attached copy. Mr. Rasheed's petition for a writ of habeas corpus is now moot and there is no jurisdiction. Accordingly, the case should be dismissed.

    Please note that the new address and telephone number Mr. Rasheed provided are: 141-70 85th Road, apt. 5D, Jamaica, New York 11435 (631) 816-0871.

    Respectfully yours,

    PAUL J. FISHMAN
    United States Attorney

By: *Pamela R Perron*
    PAMELA R. PERRON
    Assistant U.S. Attorney

Enclosure

cc:  Abdul Rasheed
    141-70 85th Road, apt. 5D
    Jamaica, New York  11435

SO ORDERED: *Peter Sheridan*
DATED: 12/4/09